**Robert U. BRABSON, Jr.,
Petitioner–Appellant,**

v.

**James S. GILMORE, III, Governor;
Ronald J. Angelone, Director, Department of Corrections, Respondents–Appellees.**

No. 00–6004.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 23, 2001.

Decided March 27, 2001.

Robert U. Brabson, Jr., pro se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, VA, for appellees.

Before LUTTIG, MICHAEL, and KING, Circuit Judges.

PER CURIAM.

Robert Brabson appeals the magistrate judge's order * denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Brabson v. Gilmore,* No. CA–99–555 (E .D.Va. Dec. 8, 1999). We dispense with oral argument because the facts and legal contentions are ade-

---

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c)(1) (1994).

quately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*